William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

_____X

DESIDERIO ARBOLEDA (AND WIFE, SANDRA
MUNOZ)
                                            **NOTICE OF**
              V.                            **ADOPTION**

BFP ONE LIBERTY PLAZA CO., LLC, ET. AL.,
                                            CASE NUMBER: (AKH)
                                            08 CV 2562
_____X

    PLEASE TAKE NOTICE THAT Defendants Brookfield Properties OLP Co.

LLC f/k/a BFP One Liberty Plaza Co. LLC, and Brookfield Financial Properties, Inc.,

(collectively the "Brookfield Parties"), as and for their responses to the allegations set

forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master

Complaint filed in the above referenced action, hereby adopt the Brookfield Parties'

Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In*

*re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

    WHEREFORE, the Brookfield Parties demand judgment dismissing the above

captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
     May   6   2008

                                 Faust, Goetz, Schenker & Blee, LLP

                                 By:  William J. Smith (WJS-9137)
                                 Attorneys for the Brookfield Parties
                                 Two Rector Street, 20th Floor
                                 New York, NY 10006
                                 (212) 363-6900